**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SUSTAINABLE OPPORTUNITIES ACQUISITION CORP. n/k/a TMC THE METALS COMPANY INC.,<br><br>                Plaintiff,<br><br>     v.<br><br>ETHOS FUND I, LP, ETHOS GP, LLC, and ETHOS DEEPGREEN PIPE, LLC,<br><br>                Defendants. | Case No. 1:21-cv-07640-GHW |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff Sustainable Acquisition Opportunities Corp. n/k/a TMC the metals company Inc. and its counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendants Ethos Fund I, LP, Ethos GP, LLC, and Ethos DeepGreen PIPE, LLC.

Dated: New York, New York					Respectfully submitted,
       September 20, 2021

                                                                              s/ Sandra C. Goldstein
                                                                              Sandra C. Goldstein, P.C.
                                                                              Stefan Atkinson, P.C.
                                                                              Kirkland & Ellis LLP
                                                                              601 Lexington Avenue
                                                                              New York, NY 10022
                                                                              Tel.:  (212) 446-4800
                                                                              sandra.goldstein@kirkland.com
                                                                              stefan.atkinson@kirkland.com

*Counsel for Plaintiff Sustainable Opportunities Acquisition Corp. n/k/a TMC the metals company, Inc.*